Case 2:16-cv-09658-MLCF-KWR Document 1-1 Filed 06/10/16 Page 1 of 1

ATTORNEY'S NAME: Womac, Edward J 02195
AND ADDRESS: 3501 Canal Street, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2016-04538        DIVISION: M        SECTION: 13

### ADAMS, NICOLE A.

Versus

### AUTO OWNERS INSURANCE COMPANY ET AL

### CITATION - LONG ARM

TO: MITCHELL WELDING, LLC.

THROUGH: THE LOUISIANA LONG ARM STATUTE & REGISTERED AGENT FOR SERVICE OF PROCESS
DAVE G. MITCHELL, RR 1 BOX 111 CO RD 29, MARION, AL 36795

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 9, 2016

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Stephanie Panquerne, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ served a copy of the within Petition for Damages
ON MITCHELL WELDING, LLC.
THROUGH: THE LOUISIANA LONG ARM STATUTE & REGISTERED AGENT FOR SERVICE OF PROCESS
Returned the same day
No. _____
Deputy Sheriff of _____
Mileage: $ _____

/ ENTERED /
PAPER    RETURN
/    /
SERIAL NO.   DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of the within Petition for Damages
ON MITCHELL WELDING, LLC.
THROUGH: THE LOUISIANA LONG ARM STATUTE & REGISTERED AGENT FOR SERVICE OF PROCESS
by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said MITCHELL WELDING, LLC. being absent from the domicile at time of said service.
Returned the same day
_____ No. _____
Deputy Sheriff of _____

ID: 9375824        Page 1 of 1


EXHIBIT A