FILED

2016 MAY -5 A 10: 50

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 16-4538                                                          DIVISION M

**JURY**

NICOLE A. ADAMS

SECTION 13

VERSUS

AUTO OWNERS INSURANCE COMPANY, MITCHELL WELDING, LLC, AND JASON FONDREN

FILED: _____                         _____
                                                  DEPUTY CLERK

## PETITION FOR DAMAGES

The Petition of **NICOLE A. ADAMS**, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, respectfully represents:

I.

Made defendants herein are:

**AUTO OWNERS INSURANCE COMPANY**, a domestic/foreign insurance company authorized to do and doing business in the State of Louisiana;

**MITCHELL WELDING, LLC**, an Alabama limited liability company authorized to do and doing business in the State of Louisiana; and

**JASON FONDREN**, a person of the full age of majority and a resident of the County of Hale, State of Alabama.

II.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioner for such damages as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past, present, and future mental pain and suffering, past, present, and future medical expenses, rental expenses, property damage, loss of use and/or depreciation of vehicle, loss of past and future earnings, loss of future earning capacity, past and future loss of enjoyment of life, permanent disability to the body, loss of consortium, and penalties and attorneys' fees together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:

III.

EXHIBIT B

On or about **June 2, 2015**, an accident occurred on North Miro Street at its intersection with Touro Street in the Parish of Orleans, State of Louisiana, wherein the vehicle owned by **MITCHELL WELDING, LLC** and operated by **JASON FONDREN**, turned improperly and struck the vehicle owned and operated by **NICOLE A. ADAMS**.

IV.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, **JASON FONDREN**, which is attributed to, but not limited to, the following non-exclusive particulars:

a) Improper turning;

b) Careless operation;

c) Improper lane use;

d) Failure to see what he should have seen;

e) Failure to keep a good and careful lookout;

f) Failure to maintain a safe distance from other vehicles;

g) Operating his vehicle in a careless and reckless manner without regard for the safety of others;

h) Failure to maintain reasonable and proper control of the vehicle which he was operating;

i) Failure to follow the customary rules of the road of the State of Louisiana, which rules are specifically pled herein as though copied *in extenso;* and

j) Any and all other acts of negligence which may be proven at the trial of this matter.

V.

As a result of the subject accident and negligence of the above-referenced defendant, **JASON FONDREN**, Petitioner, **NICOLE A. ADAMS** suffered severe and disabling injuries and is entitled to recover such damages as are reasonable in the premises.

VI.

Upon information and belief, it is alleged that at all times material hereto, that **JASON FONDREN** was on a mission and/or errand and/or in the course and scope of employment for **MITCHELL WELDING, LLC** on the date of this accident, thus rendering said defendant, **MITCHELL WELDING, LLC** vicariously liable unto Petitioner with the other named defendants.

VII.

Upon information and belief, it is alleged that at all times material hereto, including but not limited to the date of the subject accident defendant, **AUTO OWNERS INSURANCE COMPANY**, provided a policy of automobile liability insurance on the vehicle owned by **MITCHELL WELDING, LLC** and operated by **JASON FONDREN**, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **AUTO OWNERS INSURANCE COMPANY**, liable unto Petitioner with the other named defendants.

**WHEREFORE,** Petitioner prays that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioner and against the defendants, **AUTO OWNERS INSURANCE COMPANY, MITCHELL WELDING, LLC, AND JASON FONDREN,** jointly and *in solido* in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, past, present, and future medical expenses, rental expenses, property damage, loss of use and/or depreciation of vehicle, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, past and future loss of enjoyment of life, loss of consortium, and penalties and attorneys' fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for a trial by jury and for all general and equitable relief as the Court deems fit.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR.
& ASSOCIATES

_____
EDWARD J. WOMAC, JR. #02195
DOUGLAS J. WOMAC, JR. #31570
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
dwomac@edwardwomac.com

**PLEASE SERVE:**

**AUTO OWNERS INSURANCE COMPANY**
Through Its Registered Agent for Service of Process
Through Louisiana Long-Arm Statue
Sandra McCullough
P.O. Box 244016 5915
Carmichael Road
Montgomery, Alabama 36124

**MITCHELL WELDING, LLC**
Through Its Registered Agent for Service of Process
Through Louisiana Long-Arm Statue
Dave. G. Mitchell
RR I Box 111 CO RD 29
Marion, AL 36795

**JASON FONDREN**
Through Louisiana Long-Arm Statue
9780 County Road
Greensboro, AL 36744